**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

**REPORT AND RECOMMENDATION OF OFFENDER NON-COMPLIANCE**

| | |
|---|---|
| **Offender Name:** | CURTIS SINGLETON |
| **Docket Number:** | 1:00CR05103-01 OWW |
| **Judicial Officer:** | Honorable Oliver W. Wanger<br>United States District Judge<br>Fresno, California |
| **Original Sentence Date:** | November 5, 2001 |
| **Original Offense:** | 18 USC 1341, Mail Fraud |
| **Original Sentence:** | 60 months probation, $100 special assessment, $113,172.67 restitution, mandatory testing. |
| **Special Conditions:** | 1) Search and seizure; 2) Not dispose of assets; 3) Financial access; 4) Financial restrictions; 5) Participate in a correctional treatment program to obtain assistance for drug or alcohol abuse; 6) 180 days in a community corrections center. |
| **Other Court Action:** | 01/11/2002: The Court modified the sentence and deleted the condition requiring service of 180 days in the community corrections center.<br><br>04/05/2004: The Court was notified of the defendant's failure to make regular restitution payments. |
| **Type of Supervision:** | Probation |
| **Supervision Commenced:** | November 5, 2001 |

**NON-COMPLIANCE SUMMARY**

The purpose of this report is to advise the Court of an alleged violation of the terms of supervision. The Probation Officer has developed a plan to dispose of the alleged non-compliance with action less than revocation, and the Court is requested to approve the plan to address the non-compliance.

**1.     FAILURE TO MAKE REGULAR RESTITUTION PAYMENTS**

**Details of alleged non-compliance:** The defendant has not made a restitution payment for the months of September and October 2005.

**RE:    SINGLETON, Curtis**
**Docket Number:  1:00CR05103-01 OWW**

**2.    FAILURE TO FILE INCOME TAXES**

**Details of alleged non-compliance:** The defendant has failed to file income tax returns for the years 2001 through 2004.

**3.    ILLICIT DRUG USE (DATES) - Cocaine (September 22, 2005, September 26, 2005 and October 3, 2005)**

**Details of alleged non-compliance:** On September 22, 2005, September 26, 2005 and October 3, 2005, the defendant submitted urine samples which revealed the use of cocaine, in violation of the condition that he not use any controlled substance.

**4.    FAILURE TO DRUG TEST**

**Details of alleged non-compliance:** On October 13, 2005, the defendant failed to submit a urine specimen, in violation of the condition that he submit to drug testing.

**United States Probation Officer Plan/Justification:**   The defendant was sentenced in the Eastern District of California on November 5, 2001; however, he is a resident of Georgia and is currently being supervised by the probation office in the Middle District of Georgia. The defendant has had ongoing problems on supervision with respect to being in default status as to his restitution payments. It appears he has continued to have difficulties complying with his financial conditions and now seems to have compounded this matter with substance abuse issues. The probation office in the Middle District of Georgia is requesting a transfer of jurisdiction to allow their district the opportunity to address the defendant's continued violation conduct. Although they are recommending that no formal action be taken prior to the transfer of jurisdiction, the probation office in Georgia indicated further drug use would result in intensive treatment.

**RE:  SINGLETON, Curtis**
**Docket Number: 1:00CR05103-01 OWW**

Attached for the Court's review and consideration is a Probation Form 22, Transfer of Jurisdiction.

Respectfully submitted,
/s/ Tim Mechem

**TIM MECHEM**
**United States Probation Officer**
Telephone: (559) 498-7396

**DATED:**   October 31, 2005
             Fresno, California
             TDM


**REVIEWED BY:**   /s/ Bruce Vasquez
                   **Bruce A. Vasquez**
                   **Supervising United States Probation Officer**

**RE:    SINGLETON, Curtis**
**       Docket Number:  1:00CR05103-01 OWW**

---

**THE COURT ORDERS:**

**X     The Court Approves Probation Officer's Plan, and Orders No Further Action Be Taken At This Time.**

☐     **Submit a Request for Modifying the Conditions or Term of Supervision.**

☐     **Submit a Request for Warrant or Summons.**

☐     **Other:**

| November 4, 2005 | /s/ OLIVER W. WANGER |
|---|---|
| Date | Name of Judicial Officer |

cc:   United States Probation
      Stanley A. Boone, Assistant United States Attorney
      Bennett T. Willis, Attorney at Law

Attachment:  PSR (Sacramento only)